*William F. O'Neill* for appellants.

*William D. Guthrie* and *Stephen W. Fullerton* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.

All concur, except VANN, J., not voting.

———

JOHN ZORN, Respondent, *v.* PETER McPARLAND, Appellant.

*Zorn v. McParland*, 11 Misc. Rep. 555, affirmed.
(Argued March 16, 1898; decided April 19, 1898.)

APPEAL from a judgment of the General Term of the late Superior Court of the city of New York, entered March 7, 1895, upon an order affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*John J. Macklin* and *Reginald H. Arnold* for appellant.

*Alexander S. Lyman* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.

———

EDWARD L. OPPENHEIM et al., Respondents, *v.* JAMES M. WATERBURY et al., Appellants, Impleaded with MATTHEW GRIFFIN, Defendant.

*Oppenheim v. Waterbury*, 86 Hun, 122, affirmed.
(Argued March 16, 1898; decided April 19, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the first judicial department, entered April 17, 1895, affirming a judgment in favor of plaintiffs entered upon a verdict.

*Wm. B. Hornblower* for appellants.

*Otto Horwitz* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur, except PARKER, Ch. J., dissenting, and O'BRIEN, J., absent.